UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL DE JESUS ALDANA,<br><br>    Plaintiff,<br><br>    v.<br><br>UBALDINO TREE SERVICE, LLC., et al.,<br><br>    Defendants. | Case No. 22-cv-06343-DMR<br><br>**ORDER OF DISMISSAL** |

On February 10, 2023, the court issued an Order to Show Cause, instructing Plaintiff to submit a written statement by no later than March 13, 2023 explaining why this case should not be dismissed in light of the fact that it has been resolved. [Docket No. 12.] The Order to Show Cause stated that failure to respond by March 13, 2023 would result in dismissal of this action. Plaintiff did not respond to the Order to Show Cause. Accordingly, this matter is hereby dismissed.

**IT IS SO ORDERED.**

Dated: March 30, 2023

DONNA M. RYU
Chief Magistrate Judge